**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry Loving,

Petitioner,

v.

Lou Stender,

Respondent.

Civil No. 00-287 (DWF/RLE)

**ORDER**

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is–

ORDERED:

1. That the Petition for a Writ of Habeas Corpus [Doc. No. 1] is summarily dismissed, without prejudice.

2. That the Petititoner's Application to proceed *in forma pauperis* [Doc. No. 2] is denied, as moot.

Dated: March 20, 2000

DONOVAN W. FRANK
Judge of United States District Court

FILED MAR 20 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK